

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

William J. Anthony
212.471.4404 direct
212.583.9600 main
wanthony@littler.com

June 6, 2024

*The requests are hereby GRANTED on consent.  The initial pretrial conference is adjourned pending resolution of the motion to dismiss or transfer venue.  The Defendant's reply brief shall be due on July 15, 2024.*

Hon. Lewis J. Liman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*DATE: June 6, 2024*

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    Lalli v. Warner Bros. Discovery, Inc.
       Case No. 1:24-cv-03178-LJL

Dear Judge Liman:

We represent Warner Bros. Discovery, Inc. in the above referenced matter.  We write in accordance with your Rule 1 (D) and with consent of Plaintiff's counsel to request an adjournment of the conference currently scheduled for June 18, 2024, (Dkt. 15) until after the Court rules on the pending Motion to Dismiss or Transfer Venue.  There have been no previous requests to adjourn this conference.

We also write to request an additional one--week extension to file our Reply Brief.  As indicated in Plaintiff's request for a two-week extension of time to file her opposition brief, she consented to a corresponding extension of time for our client to file its Reply Brief.  (Dkt. 17).  The Court granted that request (Dkt. 18) although the Court's order did not specify the due date for the Reply brief. A two-week extension, however, follows a holiday weekend so we are requesting an additional week to file the Reply Brief. Our Reply Brief would then be due on July 15, 2024.  Plaintiff's counsel consents to this request as well.

Respectfully submitted,

*/s/ William J. Anthony*

William J. Anthony
Shareholder

littler.com