```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ELLE LALLI,                                                        :
:
:
                          Plaintiff,                               :
:     24-cv-3178 (LJL)
         -v-                                                       :
:           ORDER
:
WARNER BROS. DISCOVERY INC.; WARNER                                :
MEDIA, LLC U.S. SEVERANCE PLAN,                                    :
:
                          Defendants.                              :
                                                                   X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      Plaintiff has filed a First Amended Complaint. Dkt. No. 25. Plaintiff appears to have done so without consent of Court and without having the right to do so as a matter of course under Federal Rule of Civil Procedure 15(a)(1). However, under Rule 15(a)(2), leave to amend is freely granted when justice so requires, discovery has not commenced in this case, and there appears to be no prejudice from permitting the amendment.

      It is hereby ORDERED that by August 30, 2024, Defendant shall file a letter on ECF indicating whether it opposes the filing of the amendment and, if not, why the pending motion to dismiss and/or transfer the complaint should not be dismissed as moot and without prejudice to the filing of a new motion (or responsive pleading) directed to the first amended complaint.

      SO ORDERED.

Dated: August 27, 2024
       New York, New York
                                             LEWIS J. LIMAN
                                         United States District Judge