

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298


William J. Anthony
212.471.4404 direct
212.583.9600 main
wanthony@littler.com

August 30, 2024

> Plaintiff to file a motion and memorandum of law by no later than September 9, 2024, for permission to file its First Amended Complaint. Defendant shall respond no later than September 23, 2024.  Plaintiff shall reply by September 30, 2024.

Hon. Lewis J. Liman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

DATE: 8/30/24

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    Lalli v. Warner Bros. Discovery, Inc.
       Case No. 1:24-cv-03178-LJL

Dear Judge Liman:

Defendant does not consent to Plaintiff's First Amended Complaint.  Plaintiff and her counsel did not inform Defendant that the First Amended Complaint would be filed or seek our consent to the First Amended Complaint.  We would like to have an opportunity to respond to Plaintiff's Motion to Amend and to oppose the amendment under the standards of Rule 15(a)(2).

Thus, Defendant's pending motion to dismiss and/or transfer the complaint should not be dismissed as moot at this time.

Respectfully submitted,


/s/ William J. Anthony

William J. Anthony
Shareholder

littler.com