UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLE LALLI, | Civ. No. 1:24-cv-03178-LJL |
| Plaintiff, | **NOTICE OF MOTION** |
| v. | |
| WARNER BROS. DISCOVERY, INC., | September 5, 2024 |
| Defendant. | |

PLEASE TAKE NOTICE that, upon (i) the accompanying Memorandum of Law; (ii) the accompanying Declaration of Elizabeth W. Swedock, and all exhibits attached thereto; and (iii) all prior pleadings and proceedings herein, Plaintiff Elle Lalli will move this Court, before the Honorable Lewis J. Liman, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at such time and date as the Court may designate, for an order pursuant to Fed. R. Civ. P. 15(a)(2) for leave to amend the original Complaint in this action through the filing of Plaintiff's proposed First Amended Complaint.

Respectfully Submitted,

PLAINTIFF
ELLE LALLI

By: */s/ Elizabeth W. Swedock*
Elizabeth W. Swedock
Mark P. Carey
Genevieve Lage
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel
(203) 255-0380 fax
eswedock@capclaw.com
mcarey@capclaw.com
glage@capclaw.com

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 5, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                     */s/ Elizabeth Swedock*
                                                                      Elizabeth Swedock