

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

William J. Anthony
212.471.4404 direct
212.583.9600 main
wanthony@littler.com

September 23, 2024

Hon. Lewis J. Liman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Lalli v. Warner Bros. Discovery, Inc.
      Case No. 1:24-cv-03178-LJL

Dear Judge Liman:

We represent Warner Bros. Discovery, Inc. in the above referenced matter. We write in accordance with your Rule 1(D) and with Plaintiff's counsel's consent to request that the Court extend any deadline to answer or otherwise respond to Plaintiff's proposed Amended Complaint. While Plaintiff recently served the proposed Amended Complaint on Warner Media LLC U.S. Severance Plan, the parties agree that no response to Plaintiff's proposed Amended Complaint is due by either Warner Bros. Discovery, Inc. or Warner Media LLC U.S. Severance Plan until after the Court issues an order on Plaintiff's pending motion to amend the complaint and sets a deadline to answer or otherwise respond, if any.

Respectfully submitted,

*/s/ William J. Anthony*

William J. Anthony
Shareholder