

Genevieve M. Lage
71 Old Post Road, Suite One
Southport, Connecticut 06890
Telephone & TDD (203) 255-4150
Fax (203) 255-0380
Email glage@capclaw.com
www.capclaw.com

**VIA ECF**

September 27, 2024

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Elle Lalli v. Warner Bros. Discovery, Inc.-LJL-JEW</u>
             Case No: 24-cv-03178

Dear Judge Liman:

      We represent Plaintiff in this action, Elle Lalli. We write to request a brief extension of time to reply to Defendant's Opposition to Plaintiff's Motion to Amend the Complaint, which was filed on September 23, 2024 (ECF 35). Per Local Rule 6.1 and Your Honor's Individual Practice Rules, our current deadline to respond is September 30, 2024.

      We request a two-week extension of time to respond, through and until October 14, 2024. This is the first request for an extension with regard to this deadline. On September 26, 2024, Counsel for Defendant advised that Defendant consents to such extension.

      The initial pretrial conference scheduled on June 18, 2024 has been postponed pending resolution of the Motion to Dismiss or Transfer Venue per Your Honor's Order dated June 6, 2024 (ECF 22).

                                                       Sincerely Yours,

                                                         */s/ Genevieve M. Lage*

                                                         Genevieve M. Lage
                                                         Carey & Associates, P.C.

cc:      Counsel of Record (via ECF)