UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLE LALLI,<br><br>            Plaintiff,<br><br>-v-<br><br>WARNER BROS. DISCOVERY, INC.,<br><br>            Defendant. | Civil Action No. 1:24-cv-03178-LJL |

## DECLARATION OF LESLIE A. DENT

Leslie A. Dent, of full age, hereby declare as follows:

1. Plaintiff Elle Lalli filed a Charge and Affidavit with the EEOC's Atlanta District Office on December 4, 2023. A true and accurate copy of Plaintiff's Atlanta EEOC Charge # 410-2024-02385 and Affidavit are attached as **Exhibit A**.

2. Two days later on December 6, 2023, Plaintiff dual filed charges with the City of Atlanta Human Relations Commission, the New York City Commission on Human Rights ("NYCHRC") and New York State Division on Human Rights ("NYDHR"). A true and accurate copy of Plaintiff's Charge and Affidavit filed with the New York agency are attached as **Exhibit B**.

3. On the next day, December 7, 2023, the EEOC's New York District Office sent an email to Plaintiff's counsel stating:

> Good afternoon Ms. Lage,
>
> I see that this charge is filed with the Atlanta District office. The charge# 410-2024-02385. The EEOC New York District will not file a duplicate charge. If you have any questions regarding the charge, please reach out to the Atlanta District office. Thank you!

A true and accurate copy of the email, which was also sent to WBD's counsel, is attached as **Exhibit C**.

4. The EEOC Atlanta District Office handled Plaintiff's EEOC charge, directing WBD to submit a position statement and respond to a Request for Information. Before the position statement and response to the RFI were due, Plaintiff's counsel requested a Notice of Right to Sue from the Atlanta District Office. The EEOC's Atlanta District Office issued a Right to Sue Notice on February 6, 2024. A true and accurate copy of this Right to Sue Notice is attached as **Exhibit D**.

5. On March 8 and March 15, 2024, I sent emails to Mr. Carey stating that venue and jurisdiction for Plaintiff's Complaint was improper in New York and that Plaintiff had no claims under either the NYSHRL or the NYCHRL. True and accurate copies of these emails are attached as **Exhibits E** and **F**. Redactions have been made to remove irrelevant material and communications subject to Fed. R. Civ. P. 408.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 20, 2024

*Leslie A. Dent*
Leslie A. Dent