# EXHIBIT C

# REDACTED

**From:** NEWYFaxEnf <newyfaxenf@eeoc.gov>
**Sent:** Thursday, December 7, 2023 1:14 PM
**To:** Genevieve Lage <glage@capclaw.com>
**Cc:** Mark Carey <mcarey@capclaw.com>; Clermont, Fabienne <Fabienne.Clermont@wbd.com>; CHARLES DIAMOND <CHARLES.DIAMOND@EEOC.GOV>
**Subject:** RE: Elle Lalli v. Warner Brothers Discovery

**EXTERNAL SENDER: Caution opening links or attachments**

Good afternoon Ms. Lage,

I see that this charge is filed with the Atlanta District office. The charge# 410-2024-02385. The EEOC New York District will not file a duplicate charge. If you have any questions regarding the charge, please reach out to the Atlanta District office. Thank you!

**From:** Genevieve Lage <glage@capclaw.com>
**Sent:** Wednesday, December 6, 2023 2:42 PM
**To:** NEWYFaxEnf <newyfaxenf@eeoc.gov>
**Cc:** Mark Carey <mcarey@capclaw.com>; Clermont, Fabienne <fabienne.clermont@wbd.com>
**Subject:** Elle Lalli v. Warner Brothers Discovery

> You don't often get email from glage@capclaw.com. Learn why this is important
>
> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Dear Ms. Keenan,

Please find enclosed an EEOC Form 5 Charge of Employment Discrimination for our client, Elle Lalli, against her employer, Warner Brothers Discovery; which we require filed with the New York State Division of Human Rights. This is an EEOC first filing.

Please contact me if you have any questions or concerns.

Thank you.

1

--

**Genevieve M. Lage, Esq.**
**Carey & Associates, P.C.**
**71 Old Post Road, Suite One**
**Southport, CT 06890**
**Phone (203) 255-4150 x105**
**Direct Dial (203) 814-1406**
**Fax (203) 255-0380**
**glage@capclaw.com**
**http://www.capclaw.com/**