# EXHIBIT
# E

| | |
|---|---|
| **From:** | Dent, Leslie |
| **To:** | Mark Carey |
| **Cc:** | Genevieve Lage; Colon, Leonor |
| **Subject:** | RE: Elle Lalli v. Warner Brothers Discovery |
| **Date:** | Friday, March 8, 2024 9:27:09 AM |
| **Attachments:** | image001.png |
| | image002.png |

# REDACTED

As we discussed in our phone call last week, there is absolutely no defensible basis for Ms. Lalli to bring a lawsuit in SDNY.  She never lived in New York during the relevant time period and she never worked for WBD in New York.  Rather, she was employed for WBD in Atlanta, Georgia, typically working from home.

# REDACTED

**Leslie Dent**
Shareholder
404.760.3946 direct, 404.274.3679 mobile, 404.759.2354 fax
LDent@littler.com


Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere

3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326

REDACTED