

**Elizabeth W. Swedock**
71 Old Post Road, Suite One
Southport, Connecticut 06890
Telephone & TDD (203) 255-4150
Fax (203) 255-0380
Email eswedock@capclaw.com
www.capclaw.com

**VIA ECF**

Honorable Lewis J. Liman                                                                December 30, 2024
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Elle Lalli v. Warner Bros. Discovery, Inc.</u>-LJL-JEW
             Case No: 24-cv-03178

Dear Judge Liman:

      We represent Plaintiff in this action, Elle Lalli. We write to request a second extension of time to reply to Defendants' Motion to Dismiss or Transfer Venue (ECF 45) and Defendants' Motion for Declaratory Judgment (ECF 49), both of which were filed on November 25, 2024. Per Your Honor's Order (ECF 54), our current deadline to respond is January 8, 2024.

      We request an additional two week extension of time to respond to the two aforementioned motions, through and until January 22, 2025. This is the second request for an extension with regard to these deadlines. Defendant consents to such extension.

      The initial pretrial conference has been postponed pending resolution of the Motion to Dismiss or Transfer Venue per Your Honor's Order dated June 6, 2024 (ECF 22).

                                                    Sincerely Yours,

                                                    */s/ Elizabeth W. Swedock*

                                                    Elizabeth W. Swedock

cc:     Counsel of Record (via ECF)