UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLE LALLI<br><br>    Plaintiff,<br><br>        v.<br><br>WARNER BROS. DISCOVERY, INC. and<br>WARNER MEDIA, LLC U.S. SEVERANCE PLAN,<br><br>    Defendant. | Civ. No. 1:24-cv-03178-LJL<br><br><br><br><br>January 23, 2025 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Elle Lalli, and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice.

        Respectfully Submitted,

        PLAINTIFF
        ELLE LALLI

        By: */s/ Elizabeth W. Swedock*
        Elizabeth W. Swedock
        Mark P. Carey
        Genevieve Lage
        Carey & Associates, P.C.
        71 Old Post Road, Suite One
        Southport, CT 06890
        (203) 255-4150 tel
        (203) 255-0380 fax
        eswedock@capclaw.com
        mcarey@capclaw.com
        glage@capclaw.com

        HER ATTORNEYS

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                              _/s/ Elizabeth Swedock_
                                                                               Elizabeth Swedock