UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLE LALLI<br><br>    Plaintiff,<br><br>    v.<br><br>WARNER BROS. DISCOVERY, INC.  and<br>WARNER MEDIA, LLC U.S. SEVERANCE PLAN,<br><br>Defendant. | Civ. No. 1:24-cv-03178-LJL<br><br><br><br>January 23, 2025 |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Mark P. Carey, Elizabeth W. Swedock, Genevieve Lage, and Carey & Associates, P.C. ("Undersigned Counsel") hereby move this Court for an Order allowing Undersigned Counsel to withdraw as counsel of record for the Plaintiff Elle Lalli and as grounds therefore state that irreconcilable differences have arisen which make it impossible for Undersigned Counsel to continue their representation of Plaintiff.

Undersigned Counsel has discussed the aforementioned withdrawal with Plaintiff Elle Lalli and Plaintiff Elle Lalli consents to such withdrawal.  Plaintiff Elle Lalli has further informed Undersigned Counsel that she wishes to voluntarily dismiss the underlying action (Notice of such filed concurrently herewith) and she wishes to terminate Undersigned Counsel as her attorneys.

WHEREFORE, Undersigned Counsel hereby move for an order excusing them as counsel in this action.

Respectfully Submitted,

CAREY & ASSOCIATES, P.C.

By: */s/ Elizabeth W. Swedock*
Elizabeth W. Swedock
Mark P. Carey
Genevieve Lage
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel
(203) 255-0380 fax
eswedock@capclaw.com
mcarey@capclaw.com
glage@capclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_/s/ Elizabeth Swedock_____
Elizabeth Swedock

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLE LALLI<br><br>    Plaintiff,<br><br>    v.<br><br>WARNER BROS. DISCOVERY, INC.  and<br>WARNER MEDIA, LLC U.S. SEVERANCE PLAN,<br><br>Defendant. | Civ. No. 1:24-cv-03178-LJL<br><br><br><br>January 23, 2025 |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE having come before the Court upon Mark P. Carey, Elizabeth W. Swedock, Genevieve Lage, and Carey & Associates, P.C.'s Motion to Withdraw as Counsel for Plaintiff Elle Lalli, and the Court having reviewed the Motion, and being otherwise fully advised on the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1.     The Motion to Withdraw is hereby GRANTED.

2.     Mark P. Carey, Elizabeth W. Swedock, Genevieve Lage, and Carey & Associates, P.C., are hereby permitted to withdraw as counsel for Plaintiff Elle Lalli, forthwith and shall have no further obligation in this matter.

DONE and ORDERED in Chambers, in New York, New York this _____ day of January 2025.

_____
Judge Lewis J. Liman
United States District Judge

Copies Provided to:
All counsel via CM/ECF

3